No. 22-30184
# In the United States Court of Appeals for the Fifth Circuit

ELLIS RAY HICKS,

*Plaintiff- Appellee*

v.

JAMES M. LEBLANC, Secretary, Department of Public Safety and Corrections, individually and in his official capacity; TERRY LAWSON, Department of Corrections employee, individually and in his official capacity; TRACY DIBENEDETTO; SALLY GRYDER; ANGELA GRIFFIN,

*Defendant- Appellants*

On Appeal from the United States District Court
for the Middle District of Louisiana
3:19-CV-108

**Motion to Withdraw Shae McPhee as Counsel**

The Defendants-Appellants, James M. LeBlanc, Terry Lawson, Tracy Dibenedetto, Sally Gryder, and Angela Griffin respectfully move the Court for an order withdrawing Shae McPhee (La. Bar No. 38565) as counsel in this case. "Good cause" exists for his withdrawal because Mr. McPhee is leaving his employment with the Louisiana Department of Justice.

The Defendant-Appellants will continue to be represented by Louisiana Solicitor General Elizabeth Murrill and Assistant Attorney

General Phyllis Glazer with the Louisiana Department of Justice.

Dated: December 21, 2023

JEFF LANDRY
Attorney General of Louisiana

OFFICE OF THE ATTORNEY GENERAL
909 Poydras Street, Suite 1850
New Orleans, LA 70112
Telephone: 225-938-0779

Respectfully submitted,

ELIZABETH MURRILL
Solicitor General

/s/ Shae McPhee
SHAE MCPHEE
Deputy Solicitor General
mcphees@ag.louisiana.gov

*Counsel for Defendant-Appellants*

## CERTIFICATE OF SERVICE

I certify that on December 21, 2023, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

<u>/s/ Shae McPhee</u><br>SHAE MCPHEE

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 40(b)(1) because the motion contains 77 words.

2. This motion complies with the typeface requirements of Fed. R. App. R. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Century Schoolbook font.

*/s/ Shae McPhee*
SHAE MCPHEE

Dated: December 21, 2023