# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

Fifth Cir. Case NO. __22-30184__

__Hicks__ vs. __LeBlanc__
(Short Title)

The Clerk will enter my appearance as Counsel for __James M. LeBlanc, Terry Lawson, Tracy Dibenedetto, Sally Gryder, and Angela Griffin__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s/ Morgan Brungard__   __BrungardM@ag.louisiana.gov__
(Signature)   (e-mail address)

__Morgan Brungard__   __LA/ 40298__
(Type or print name)   (State/Bar No.)

__Assistant Solicitor General__
(Title, if any)

__Louisiana Department of Justice__
(Firm or Organization)

Address __P.O. Box 94005__

City & State __Baton Rouge, LA__   Zip __70804__

Primary Tel. __225-999-6864__   Cell Phone: ____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __Elizabeth Murrill__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes   ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case ____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__See attached__

____

Name of Court or Agency ____

Status of Appeal (if any) ____

Other Status (if not appealed) ____

**NOTE:** Attach sheet to give further details.   DKT-5A REVISED January 2022

Ellis Ray Hicks v. James M. LeBlanc, et al.,
5th Cir. No. 22-30184

**LIST OF RELATED CASES:**

**Current Case:**

| Caption | Status |
|---|---|
| Hicks v. LeBlanc<br>5th Cir. No. 22-30184<br>MDLA No. 19-cv-108 | Published Opinion affirming denial of qualified immunity rendered September 5, 2023. Petition for Rehearing En Banc pending |

**Cases pending in the Fifth Circuit:**

| Caption | Status |
|---|---|
| Betz v. LeBlanc<br>5th Cir. No. 23-30857<br>MDLA No. 22-cv-162 | Motion to Dismiss denied on November 2, 2023; appeal filed 12/4/23 |
| Buchicchio v. LeBlanc,<br>5th Cir. No. 23-30116<br>MDLA No. 19-cv-108 | Oral argument canceled |
| McNeal v. LeBlanc,<br>5th Cir. No. 20-30128<br>MDLA No. 16-cv-689 | Oral argument held September 6, 2023 |
| Parker v. LeBlanc,<br>5th Cir. No. 21-30446<br>MDLA No. 18-cv-1030 | Published opinion affirming denial of qualified immunity rendered July 17, 2023. Petition for Rehearing En Banc pending |
| Taylor v. LeBlanc,<br>5th Cir. No. 21-30625<br>MDLA No. 21-cv-72 | Published opinion withdrawn; oral argument held September 6, 2023 |

**Cases pending in district court:**

| Caption | Status |
|---|---|
| Frederick v. LeBlanc, 5th Cir. No. 21-30660 MDLA No. 18-cv-682 | Denial of qualified immunity vacated and remanded to the district court for reconsideration. Frederick v. LeBlanc, No. 21-30660, 2023 WL 1432014 (5th Cir. Feb. 1, 2023) (unpublished). |
| Giroir, Joel, et al. v. James LeBlanc, et al., MDLA No. 21-cv-108 | Motion for class certification pending; companion suit to Humphrey, below. |
| Humphrey, Brian, et al. v. LeBlanc, et al., MDLA No. 20-cv-233 | Motion for class certification pending; companion suit to Giroir, above. |
| Traweek v. LeBlanc, 5th Cir. No. 21-30096 EDLA No. 19-cv-1384 | Denial of qualified immunity vacated and remanded to the district court for reconsideration. Traweek v. LeBlanc, No. 21-30096, 2022 WL 2315444 (5th Cir. June 28, 2022) (unpublished). |