# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-30184    Hicks v. LeBlanc
                USDC No. 3:19-CV-108

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Ms. Morgan Brungard
Ms. Casey Rose Denson
Ms. Phyllis Esther Glazer
Mr. William Brock Most
Ms. Elizabeth Baker Murrill