# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30184   Hicks v. LeBlanc
                      USDC No. 3:19-CV-108

Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Ms. Morgan Brungard
Ms. Casey Rose Denson
Ms. Phyllis Esther Glazer
Mr. Michael L. McConnell
Mr. William Brock Most
Ms. Elizabeth Baker Murrill