## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 04, 2024

Ms. Morgan Brungard
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Ms. Casey Rose Denson
Casey Denson Law, L.L.C.
8131 Oak Street
Suite 100
New Orleans, LA 70118

Ms. Phyllis Esther Glazer
Louisiana Department of Justice
Office of the Attorney General
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. William Brock Most
Most & Associates
201 Saint Charles Avenue
Suite 2500, No. 9685
New Orleans, LA 70170

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

    No. 22-30184   Hicks v. LeBlanc
                 USDC No. 3:19-CV-108

Dear Counsel,

The en banc court recently issued three opinions in Wilson v. Midland County, 22-50998: a nine-judge plurality, a three-judge concurrence, and a six-judge dissent. No single opinion commanded majority support from the en banc court. The parties are invited, but not required, to file simultaneous supplemental letter briefs as to whether or not anything in these writings bears on the correctness of the panel's decision in Hicks v. LeBlanc, 22-30184. This directive should not be construed as any indication, implicit or otherwise, that the writings in Wilson affect this case. Any

supplemental briefs should not exceed 10 pages and should be filed no later than 5:00 p.m. on Friday, October 11, 2024.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Monica R. Washington, Deputy Clerk
    504-310-7705