# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

Fifth Cir. Case NO. __22-30184__

__Hicks__ vs. __LeBlanc__
(Short Title)

The Clerk will enter my appearance as Counsel for __James LeBlanc, Terry Lawson, Tracy Dibenedetto, Sally Gryder and Angela Griffin__

(Please list names of all parties represented, attach additional pages if necessary.)
**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s/ J. Benjamin Aguiñaga__     __aguinagab@ag.louisiana.gov__
(Signature)                                        (e-mail address)

__J. Benjamin Aguiñaga__      __TX/24101435__
(Type or print name)                             (State/Bar No.)

__Solicitor General__
(Title, if any)

__Louisiana Department of Justice__
(Firm or Organization)

Address __1885 N. Third Street__

City & State __Baton Rouge, LA__        Zip __70802__

Primary Tel. __225-506-3746__   Cell Phone: _____   (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __J. Benjamin Aguiñaga__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
_____

B. Inquiry of Counsel. To your knowledge:
  (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
    ☑ Yes   ☐ No
  (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
    ☑ Yes   ☐ No
  (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
    ☐ Yes   ☑ No
  (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case __No__

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__See attached__

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**      DKT-5A REVISED June 2023

## LIST OF RELATED CASES:

**Current Case:**

| Caption | Status |
|---|---|
| *Hicks v. LeBlanc*<br>5th Cir. No. 22-30184<br>MDLA No. 19-cv-108 | Mandate withheld; supplemental briefing requested |

**Cases pending in the Fifth Circuit:**

| Caption | Status |
|---|---|
| *Betz v. LeBlanc*<br>5th Cir. No. 23-30857<br>MDLA No. 22-cv-162 | Case stayed pending the court's disposition of the en banc petitions, and any ensuing en banc decisions, in case numbers 21-30446, 22-30184, and 22-30180 |
| *Buchicchio v. LeBlanc,*<br>5th Cir. No. 23-30116<br>MDLA No. 19-cv-108 | Oral argument canceled 11/29/2023 |
| *McNeal v. LeBlanc,*<br>5th Cir. No. 20-30128<br>MDLA No. 16-cv-689 | Petition for Rehearing filed 2/2/2024; denied 2/21/2024<br>Petition for Writ of Certiorari filed 7/5/2024; denied 10/7/2024 |
| *Parker v. LeBlanc,*<br>5th Cir. No. 21-30446<br>MDLA No. 18-cv-1030 | Mandate withheld; supplemental briefing requested |
| *Taylor v. LeBlanc,*<br>5th Cir. No. 21-30625<br>MDLA No. 21-cv-72 | Petition for Rehearing En Banc filed 7/22/2024; pending |

Cases pending in the District Court:

| Caption | Status |
|---|---|
| *Giroir, Joel, et al. v. James LeBlanc, et al.,* MDLA No. 21-cv-108 | Motion for class certification pending; companion suit to Humphrey, below. |
| *Humphrey, Brian, et al. v. LeBlanc, et al.,* MDLA No. 20-cv-233 | Motion for class certification pending; companion suit to Giroir, above. |