# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 15, 2025

Lyle W. Cayce
Clerk

————————————

No. 22-30184

————————————

ELLIS RAY HICKS,

Plaintiff—Appellee,

*versus*

JAMES M. LEBLANC, *Secretary, Department of Public Safety and Corrections, individually and in his official capacity*; TERRY LAWSON, *Department of Corrections employee, individually and in his official capacity*; TRACY DIBENEDETTO; SALLY GRYDER; ANGELA GRIFFIN,

Defendants—Appellants.

————————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:19-CV-108

————————————————————

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

No. 22-30184

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT