# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 16, 2025

Lyle W. Cayce
Clerk

No. 22-30184

ELLIS RAY HICKS,

*Plaintiff—Appellee*,

*versus*

JAMES M. LEBLANC, *Secretary, Department of Public Safety and Corrections, individually and in his official capacity*; TERRY LAWSON, *Department of Corrections employee, individually and in his official capacity*; TRACY DIBENEDETTO; SALLY GRYDER; ANGELA GRIFFIN,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:19-CV-108

---

ON PETITION FOR REHEARING EN BANC

Before HIGGINBOTHAM, SOUTHWICK, and WILLETT, *Circuit Judges*.

PER CURIAM:

Treating the petition for rehearing en banc as a petition for panel rehearing (5TH CIR. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R.

APP. P. 35 and 5TH CIR. R. 35), the petition for rehearing en banc is DENIED.