# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 5, 2023
Lyle W. Cayce
Clerk

No. 22-30184

Ellis Ray Hicks,

*Plaintiff—Appellee,*

versus

James M. LeBlanc, *Secretary, Department of Public Safety and Corrections, individually and in his official capacity*; Terry Lawson, *Department of Corrections employee, individually and in his official capacity*; Tracy Dibenedetto; Sally Gryder; Angela Griffin,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:19-CV-108

_____

Before Higginbotham, Southwick, and Willett, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 22-30184

IT IS FURTHER ORDERED that each party to bear own costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued
as the mandate on Jan 24, 2025**

**Attest:** *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**